ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| WINN Solutions LLC | ) ASBCA No. 64057 |
| | ) |
| Under Contract No. W911S2-23-P-1529 | ) |

APPEARANCES FOR THE APPELLANT:      Barbara Kinosky, Esq.
                                                                   Brandon Graves, Esq.
                                                                     Centre Law & Consulting, LLC
                                                                     Tysons, VA

APPEARANCES FOR THE GOVERNMENT:   Dana J. Chase, Esq.
                                                                     Army Chief Trial Attorney
                                                                   MAJ Katharine M. Calderon, JA
                                                                   Carter Cassidy, Esq.
                                                                     Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. At the government's request, to which appellant does not object, the appeal is dismissed from the Board's docket with prejudice.

Dated: May 26, 2026

OWEN C. WILSON
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64057, Appeal of WINN Solutions LLC, rendered in conformance with the Board's Charter.

Dated: May 26, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals